**Order entered August 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00079-CV

## EDDIE & SHIRLEY JONES AND ALL OTHER OCCUPANTS, Appellants

### V.

## HSBC BANK USA NATL ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. 13-06600-A**

## ORDER
Before Justice Moseley, O'Neill, and FitzGerald

We construe appellants' July 31, 2014 motion for extension of time to file brief as a motion for rehearing. We **GRANT** the motion to the extent that we **WITHDRAW** our July 31, 2014 opinion, **VACATE** our judgment associated with that opinion, and **REINSTATE** this appeal. We **ORDER** appellants to file their brief no later than **September 10, 2014**. We caution appellants that no extensions will be granted and that failure to timely file the brief will result in dismissal of the appeal without further notice.

/s/     MICHAEL J. O'NEILL
JUSTICE